UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEWEL SHEPARD, | 3:16-cv-00051-RCJ-WGC |
| Plaintiff, | **MINUTES OF PROCEEDINGS** |
| vs. | February 16, 2016 |
| BANK OF AMERICA, N.A., *et al.,* | |
| Defendants. | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>      REPORTER:        <u>FTR</u>

COUNSEL FOR PLAINTIFF:  <u>Jewel Shepard, In Pro Per (Telephonically)</u>

COUNSEL FOR DEFENDANTS:  <u>Tenesa Scaturro (Telephonically)</u>

**MINUTES OF PROCEEDINGS: Status Conference**

10:09 a.m.  Court convenes.

The court holds today's conference to address the parties' Stipulation to Extend Time to Respond to Complaint (First Request).  (ECF No. 3).

The court expresses concern that the parties' stipulation seeks not only an extension of time to respond to the complaint but also to establish a briefing schedule (assuming the Defendants anticipate filing a motion to dismiss as their response to the complaint).

Ms. Scaturro confirms that it is the Defendants intention to file a motion to dismiss.

The court explains any briefing schedule pertaining to a motion to dismiss will need to be reviewed and approved by District Judge Robert C. Jones.

Therefore, IT IS ORDERED the parties' Stipulation to Extend Time to Respond to Complaint (ECF No. 3) is **GRANTED IN PART** and **DENIED IN PART**.  The stipulation is granted in so far the Defendants shall have until **March 2, 2016** to file a response to Plaintiff's complaint.  The stipulation is denied as to the proposed deadline for Plaintiff to file a response to the Defendants' response to the complaint.  The court recommends the parties file a separate

Minutes of Proceedings
3:15-cv-00061-RCJ-WGC
February 16, 2016

stipulation proposing a briefing schedule once the Defendants file their anticipated motion to dismiss.

    There being no further matters for the court to address at this time, court adjourns at 10:18 a.m.

**IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK

                                By: _____/s/_____
                                    Katie Lynn Ogden, Deputy Clerk