AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

JEWEL SHEPARD,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                  CASE NUMBER:  **3:16-cv-00051-RCJ-WGC**

BANK OF AMERICA, N.A., et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Defendants' Motion to Dismiss (#8) and the Joinder (#10) thereto are GRANTED.

  March 31, 2016                                   **LANCE S. WILSON**
                                                             Clerk

                                                            /s/ D. R. Morgan
                                                            Deputy Clerk