1
2
3
4

# UNITED STATES DISTRICT COURT

5

## DISTRICT OF NEVADA

6
7
JEWEL SHEPARD,

)
)
)

8
      Plaintiff,

)
)

3:16-cv-00051-RCJ-WGC

9
    vs.

)
)

10
BANK OF AMERICA, N.A. et al.,

)
)

**ORDER**

11
      Defendants.

)
)
)

12
13

     This case arises out of a foreclosure of real property located at 2190 Marsh Ave., Reno,

14
Nevada, 89509 (the "Property").  Plaintiff Jewel Shepard sued Defendants Bayview Loan

15
Servicing, LLC ("Bayview"), Sables, LLC, Bank of America, N.A. ("BOA"), Recontrust Co.,

16
Les Zieve, and Countrywide Home Loans, Inc. ("Countrywide") in state court.  Defendants

17
removed.  BOA, Countrywide, and Recontrust moved to dismiss based on claim preclusion, and

18
the remaining Defendants joined the motion.  Defendants noted that Plaintiff had filed a similar

19
action in 2013 against BOA, Countrywide, Recontrust, and others, but not Sables, Zieve, or

20
Bayview. (*See* No. 3:13-cv-698).  The Court dismissed the '698 Case with prejudice upon

21
stipulation of the parties based on a settlement agreement (the "SA") that irrevocably discharged

22
claims that had been or could have been brought. (*See* SA § 1(F), submitted *in camera*).  The

23
Court therefore granted the motion to dismiss.  The Court did not dismiss against Sables, Zieve,

24

or Bayview based on claim preclusion, because they were not party to the previous action or the SA. They had, however, also asked the Court to dismiss for failure to state a claim, and Plaintiff had not timely opposed the motion.

Plaintiff has filed two motions asking the Court to reconsider. Plaintiff has identified no basis for reconsideration under the rules, and the Court declines to reconsider.

<b>CONCLUSION</b>

IT IS HEREBY ORDERED that the Motions to Reconsider (ECF Nos. 21, 22) are DENIED.

IT IS SO ORDERED.

DATED: This 7th day of June, 2016.

_____
ROBERT C. JONES
United States District Judge