# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEWEL SHEPARD,<br><br>      Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. et al.,<br><br>      Defendants. | 3:16-cv-00051-RCJ-WGC<br><br>**ORDER** |

This removed case arises out of a foreclosure of real property. The Court granted a motion to dismiss, Plaintiff dismissed her appeal, and the mandate issued in May 2016. The Court denied motions to reconsider. A Defendant has asked the Court to expunge the lis pendens. In response, Plaintiff has filed a "Motion to Stop Foreclosure." The latter motion is essentially a motion to reconsider, but there is no basis to reconsider.

///

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Expunge Lis Pendens (ECF No. 32) is GRANTED.

IT IS FURTHER ORDERED that the Motion to Stop Foreclosure (ECF No. 33) is DENIED.

IT IS FURTHER ORDERED that the lis pendens as to APN No. 018-134-13, recorded as Document No. 4551326 in the Washoe County Recorder's Office, is EXPUNGED.

IT IS SO ORDERED.

DATED: This 24th day of May, 2017.

_____
ROBERT C. JONES
United States District Judge